SCWC-29454 & SCWC-29589

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THOMAS FRANK SCHMIDT and LORINA JHINCIL SCHMIDT,
Petitioners and Respondents/Plaintiffs-Appellants and Cross-
Appellees,


vs.


HSC, INC., a Hawaiʻi corporation; RICHARD HENDERSON, SR., and
ELEANOR R.J. HENDERSON,
Respondents and Petitioners/Defendants-Appellees and Cross-
Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 29454 and 29589; CIV NO. 06-1-0228)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Garibaldi, in place of Recktenwald, C.J., recused)


Petitioners and Respondents/Plaintiffs-Appellants and

Cross-Appellees Thomas Frank Schmidt and Lorina Jihncil

Schmidt's Application for Writ of Certiorari, filed on October 9, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, November 20, 2015.

| | |
|---|---|
| R. Steven Geshell and<br>Thomas P. Dunn<br>for Schmidt et al. | /s/ Paula A. Nakayama |
| | /s/ Sabrina S. McKenna |
| Paul Alston and<br>Kee M. Campbell<br>for HSC, Inc. et al. | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |
| | /s/ Colette Y. Garibaldi |

